# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144972

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BERNADETTE ELIZABETH SMITH,
      Defendant-Appellant.

SC: 144972
COA: 307179
Kent CC: 10-013085-FH

_____/

      On order of the Court, the application for leave to appeal the January 27, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827